ILAN LAVIAN (SBN 354592)
ilan@lavianpc.com
**LAVIAN, P.C.**
10680 W. Pico Blvd., Suite 270
Los Angeles, CA 90064
Telephone: (213) 212-3036

TODD M. FRIEDMAN (SBN 216752)
tfriedman@toddflaw.com
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
23586 Calabasas Road, Suite 105
Calabasas, CA 91302
Telephone: (323) 306-4234

*Attorneys for Plaintiff Larry Nico Mathews, individually and on behalf of all others similarly situated*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| LARRY NICO MATHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTER TAX RELIEF, LLC, a California limited liability company; BETTER RISE CAPITAL, LLC, a California limited liability company; BETTER COMPANIES, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. ____________________<br>**NOTICE OF RELATED CASES**<br>**[Local Rule 83-1.3]** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 83-1.3, Plaintiff Larry Nico Mathews ("Plaintiff") respectfully notifies the Court of the following actions previously filed in this District that may be related to this action:

1. *Bafford v. Better Tax Relief, LLC*, No. 8:25-cv-02504 (C.D. Cal.) — an action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"), against Defendant Better Tax Relief, LLC, arising from prerecorded telemarketing calls.

2. *James v. Better Rise Capital, LLC*, No. 8:26-cv-01489-FWS-BFM (C.D. Cal., filed June 11, 2026) — a TCPA action against Defendant Better Rise Capital, LLC, arising from prerecorded telemarketing calls placed to telephone numbers registered on the National Do Not Call Registry and which had made internal do not call requests.

3. *Charles v. Better Rise Capital, LLC*, No. 8:26-cv-01525-JWH-MBK (C.D. Cal., filed June 15, 2026) — a TCPA action against Defendant Better Rise Capital, LLC, arising from prerecorded telemarketing calls.

This action names Better Tax Relief, LLC, Better Rise Capital, LLC, and Better Companies, LLC as Defendants, and likewise arises from prerecorded telemarketing calls alleged to violate the TCPA and its implementing regulations. The actions identified above appear to (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact — including whether these Defendants placed, or caused to be placed, prerecorded telemarketing calls without prior express written consent, and whether they instituted and honored the do-not-call procedures required

by 47 C.F.R. § 64.1200 — and/or (c) for other reasons would entail substantial duplication of labor if heard by different judges. See L.R. 83-1.3.1.

Plaintiff submits this Notice to enable the Court to make the related-case determination and takes no position on transfer or consolidation at this time.

Dated: August 7, 2026

Respectfully submitted,

**LAVIAN, P.C.**

By: /s/ Ilan Lavian
Ilan Lavian

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: /s/ Todd M. Friedman
Todd M. Friedman

*Attorneys for Plaintiff and the Proposed Classes*